Case 1:25-cv-01080-HYJ-SJB   ECF No. 1, PageID.1   Filed 09/12/25   Page 1 of 3

In The State of Michigan
In the Western District of Michigan
A United States District Court
110 Michigan St NW, Grand Rapids Mi, 49503

**FILED - GR**
September 12, 2025 2:54 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY ___ / 9/12

Eric DeAngelo-Juan Gant(plaintiff)
255 28th St SW, Grand Rapids, MI 49548
616-343-2754

**1:25-cv-1080**
Hala Jarbou- Chief U.S. District **Judge**

V.

The State of Michigan
110 Michigan St NW, Grand Rapids Mi, 49503

&

The People of The United States
110 Michigan St NW, Grand Rapids Mi, 49503

## Complaint

Now comes Eric Gant, plaintiff in pro per, and states the following:

1. In 2024, and again in 2025, I Eric D.Gant did infact make myself the King and abolish the old law to the contrary.
2. I did this pursuant to the Michigan constitution of 1835, which states; **Right of the people**

   Government is instituted for the protection, security, and benefit of the people; and they have the right at all times to alter or reform the same, and to abolish one form of government and establish another, whenever the public good requires it.

3. Basic case law holds a portion of the public as a person or a place where the public has access. I am the public with access at all times, in general I am the public, in general the public does benefit from my abolishment. Under Merriam Webster, a legal dictionary the supreme Court of the United States uses, requires means request. I requested no doubt.
4. The constitution of 1835 also states;**Acts void.**

   21. All acts of the legislature contrary to this or any other article of this Constitution shall be void.

5. We see here it is impossible to destroy these laws, anything contrary is void….the people remain with the right to abolish the law. Basic case law holds a portion of the people or 1 person as the people.
6. Basic case law holds a portion of the people as the public. Myself exist as a portion of the public, my own good (to become King) requires it or I will not achieve that specific result.

7. I now use my right to create new government(law, rule, regulation) . I now define legislative power to be with me, and legislature as a shoe. In addition, the people, a portion (me) had invoked my rights to institute new government and abolish the current government.
8. I hereby abolish any law in contrary with a King being in existence or holding authority in the United states or the state of Michigan.
9. The new government is a King system, myself Eric DeAngelo-Juan Gant is the King. This means that I have unlimited rights, can make any law, and herby am the King of as far as this law is applicable.
10. This acts as a preclusion to the State of Michigan's government or or the government of the United States or both. Government can be defined as generalized concepts of government as applicable based on context. That means every variation of the word.
11. The Only law left would be the fact that I am the King and a latter Decree of Human Rights, A Kings Law Penal Code, and a Constitution written by the king, which all contains an equal rights concept for all people. The New Name of Michigan and the United States is The Kingdom of Euphoria. This acts as two laws. One that abolishes the State of michigans government, and another that abolishes the Government of the United States. The abolishment law simply reads " right to abolish the government"....tahts all government.

12. This is now a request that the following orders be imposed, and the people of the state of michigan and the United states obey my demands and laws as the King of these here places as well as others.

1. An order stating that Mr. Eric D. Gant is the King of Michigan and the United States and did abolish the old law(which is not law written by himself).
2. Mr. Gant's Kings law, known as the law he wrote has abolished Michigans old law and the law of the United States.
3. An order that establishes Eric D. Gant the over seer of the case at hand, because if the law currently exist as him being the king, he is entitled to a hearing among a proper officer or person with authority to do so.

Any law to the contrary or the benefit of an opposing party is simply abolished.

Irreparable harm will happen because a King won't be able to be with his Kingdom and those moments can never be gotten back.

See the attached constitution, official decree of human rights, and a King's law penal code. I repeat, the abolishment is pursuant to law, therefore it appears to be law. Failure to adhere and invoke these orders can result in a charge for a crime against the King once an appeal like or regearing like process validates my authority.

Last, this court has jurisdiction under 28 U.S.C 1331, which states;

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. I will send all my laws already written and enacted by the people, after I receive the injunction that declares all my orders above. This is requested asap , and it also exist as a duty under the law written by the king, that the process be speedy.

So it is decreed,

King Eric the 1st

*[signature]*